Dismissed and Memorandum Opinion filed July 21, 2005









Dismissed and Memorandum Opinion filed July 21, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00615-CR



____________

 

JEREMY
HENDERSON, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
180th District Court

Harris County, Texas

Trial Court Cause No. 980,825 

 



 

M E M O R A N D U M   O P I N I O N








Originally placed on deferred adjudication community
supervision for aggravated assault, the trial court adjudicated appellant=s guilt on September 20, 2004.  Appellant filed his notice of appeal on June
10, 2005.  A defendant=s notice of appeal must be filed
within thirty days after sentence is imposed when the defendant has not filed a
motion for new trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id. 

Additionally, this court has previously
addressed appellant=s appeal from adjudication of guilt.  See Henderson v. State, No.
14-04-00948-CR (Tex. App.CHouston [14th Dist.] Feb. 3, 2005, no
pet.) (not designated for publication).

Accordingly, the appeal is ordered
dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 21, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).